**FILED**
FEB 21 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Certificate Number: 12459-DC-CC-038204671



12459-DC-CC-038204671

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 20, 2024, at 5:19 o'clock PM PST, Juana Rosa Minano received from Abacus Credit Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the District of Columbia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: February 20, 2024

By: /s/Veronica Castro

Name: Veronica Castro

Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).