**FILED**

FEB 21 2024

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## UNITED STATES BANKRUPTCY COURT

In re: __JUANA ROSA MINANO__          Case No: __24-0044__ (if known)

Chapter _____

Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my/their knowledge.

Date: __02/21/2024__          __JUANA ROSA MINANO__
                              Debtor

Date: _____          _____
                              Joint Debtor

INTENAL REVENUE SERVICE

AUSTIN, TX 73301


MVR OF VIRGINIA LLC

1806 SUMMIT AVE STE 300

RICHMOND, VA 23230


WASHINGTON CAPITAL PAARTNERS

8401 GREENBORO DR.

STE 960

MCLEAN, VA 22102


CAPITAL ONE

POBOX 85064

GLEN ALLEN, VA 23058


BARCLAY BANK DELAWARE

1007 N ORANGE ST

WILMINGTON, DE 19801


SYNC/LOWES

PO BOX 103065

ROSSWELL, GA 30076

SELECT PORTFOLIO SVCIN

PO BOX 65250

SALT LAKE CITY, UT 84165


NR/SMS CAL

75 BEATTIE PL

STE 300

GREENVILLE, SC 29601


TRUIST MORTGAGE

1001 SEMMES AVE

RICHMOND, VA 23224


SELENE FINANCE LP

3501 OLYMPUS

BLVD, FL 5

COPPELL, TX 75019


EMMANUEL J&D, LLC

9521 FOLSOM BLVD STE. O

SACRAMENTO, CA 95827

SYNCB/TJX COS DC

PO BOX 965015

ORLANDO, FL 32896

TRUIST BANK

PO BOX 849

WILSON, NC 1240

JPMCB CARD

201 N WALNUT ST

WILMINGTON. DE 19801

CHASE INC CARD MEMBER SERVICE

PO BOX 1423

CHARLOTTE, NC 28201