UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA
WASHINGTON, D.C. DIVISION

IN RE:                                                      **CASE NO.: 24-00044**
                                                            **CHAPTER 13**
**Juana Rosa Minano,**
   **Debtor.**

_____ /

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of DLJ
Mortgage Capital, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of
Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all
papers required to be served in this case to creditors, any creditors committees, and any other
parties-in-interest, be sent to and served upon the undersigned and the following be added to the
Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Authorized Agent for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

By: /s/Sydney Cauthen
    Sydney Cauthen
    Email: scauthen@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JUANA ROSA MINANO
10161 FOREST HILL CIRCLE
3223 WARDER ST. NW UNIT 2
MANASSAS, VA 20110

And via electronic mail to:

REBECCA A. HERR
185 ADMIRAL COCHRANE DR
STE 240
ANNAPOLIS, MD 21401

U. S. TRUSTEE FOR REGION FOUR
U. S. TRUSTEE'S OFFICE
1725 DUKE STREET SUITE 650
ALEXANDRIA, VA 22314

By: /s/ Amanda Nelson