UNITED STATES BANKRUPTCY COURT
DISTRICT OF DISTRICT OF COLUMBIA
WASHINGTON, D.C. DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 24-00044** |
| | **CHAPTER 13** |
| **Juana Rosa Minano,** | |
| **Debtor.** | |
| _____ / | |

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOTINDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Authorized Agent for Secured Creditor
13010 Morris Road, Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112

By: /s/Sydney Cauthen
    Sydney Cauthen
    Email: scauthen@raslg.com

## **CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on February 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

JUANA ROSA MINANO
10161 FOREST HILL CIRCLE
3223 WARDER ST. NW UNIT 2
MANASSAS, VA 20110

And via electronic mail to:

REBECCA A. HERR
185 ADMIRAL COCHRANE DR
STE 240
ANNAPOLIS, MD 21401

U. S. TRUSTEE FOR REGION FOUR
U. S. TRUSTEE'S OFFICE
1725 DUKE STREET SUITE 650
ALEXANDRIA, VA 22314

              By: /s/ Amanda Nelson