Maurice B. VerStandig, Esq.
Bar No. MD18071
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600
Facsimile: (301) 444-4600
mac@mbvesq.com
*Counsel for WCP Fund I LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-44-ELG |
| | ) | (Chapter 13) |
| JUANA ROSA MINANO | ) | |
| | ) | |
| Debtor. | ) | |

## **NOTICE OF APPEARANCE**

Please note the appearance of Maurice B. VerStandig, Esq., and The VerStandig Law Firm, LLC, as counsel for creditor WCP Fund I LLC and serve all pleadings and court papers upon undersigned counsel.

*[Signature on Following Page]*

                                                         Respectfully submitted,

Dated: February 29, 2024                    By: /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig, Esq.
                                                        Bar No. MD18071
                                                        The VerStandig Law Firm, LLC
                                                        1452 W. Horizon Ridge Pkwy, #665
                                                        Henderson, Nevada 89012
                                                        Phone: (301) 444-4600
                                                        Facsimile: (301) 444-4600
                                                        mac@mbvesq.com
                                                        *Counsel for WCP Fund I LLC*

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 29th day of February, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                       /s/ Maurice B. VerStandig
                                                       Maurice B. VerStandig