Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
|     JUANA ROSA MINANO, | : | Case No. 24-00044- ELG |
| | : | Chapter 13 |
|     Debtor. | : | |
| | : | |

### MOTION TO DISMISS AND NOTICE OF OPPORTUNITY FOR A HEARING

NOW COMES Rebecca A. Herr, Chapter 13 Trustee in the above-captioned case, by and through her undersigned counsel, and moves this honorable court to dismiss this bankruptcy case for cause pursuant to 11 U.S.C. § 109(e) for failure to qualify for relief under Chapter 13 as a Debtor; and in support, respectfully states as follows:

1. Juana Rosa Minano ("Debtor") filed this Chapter 13 Bankruptcy case on February 21, 2024.

2. Debtor filed her Form 106 Declaration and Scheduled D, E and F on February 21, 2024 at ECF 8.

3. Debtor lists her secured debt on Schedule D at $2,970,000; her Schedule E debt at $85,447; her Schedule F debt at $44,686; for her total liabilities and Schedules as $3,100,133.  Her Form 106 lists the total at $3,055,447.

4. Pursuant to 11 U.S.C. § 109(e), only an individual with total debt of less than $2,750,000 may be a debtor under chapter 13.

5. Debtor exceeds the debt limits of the code.  Debtor does not qualify for protection under Chapter 13, nor is she eligible to be a Chapter 13 debtor.  See *In re Glance*, 487 F. 3d 317

320 (6th Cir. 2007); *See also*, Scovis v. Henrichsen, 249 F.3d 975, 981 (9th Cir. 2001) (Eligibility to be a Chapter 13 debtor is determined as of the petition date).

WHEREFORE, for the reasons set forth above, the Chapter 13 Trustee moves that the subject case be dismissed and for any other relief as this Honorable Court deems just and equitable.

March 1, 2024            Respectfully submitted,

Rebecca A. Herr,
Chapter 13 Trustee

By Counsel

By Counsel:
/s/ Benjamin J. Beatty
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING
TO THE DEBTOR(S) AND DEBTOR'S COUNSEL**

You are notified that the Trustee is requesting that the subject case be dismissed pursuant to 11 U.S.C. § 109(e).

**\*UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT APRIL 12, 2024 both in person and by ZOOM.**

\*PLEASE TAKE NOTICE THAT WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution

Ave., N.W., Washington, D.C. 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

*IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial. Parties in interest with questions may contact the Trustee.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the March 1, 2024, a copy of the Trustee's *Motion to Dismiss* was mailed first class mail, postage prepaid to:

Juana Rosa Minano
10161 Forest Hill Cir
Manassas VA 20110

/s/ Benjamin J. Beatty
Benjamin J. Beatty