UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| JUANA ROSA MINANO, | : | Case No.: 24-00044-ELG |
| | : | Chapter 13 |
| | : | |
| Debtor. | : | |

## ORDER DISMISSING CASE

Upon consideration of the Chapter 13 Trustee's Motion to Dismiss Case pursuant to 11 U.S.C. § 109(e) for failure to qualify for relief under Chapter 13 as a debtor; the Debtor having had an opportunity to respond, and after any hearing, good cause having been shown, it is, by the United States Bankruptcy Court for the District of Columbia,

**ORDERED**, that the Chapter 13 Trustee's Motion to Dismiss is granted and the above-referenced Chapter 13 case is dismissed.

**IT IS SO ORDERED.**

**ALL PARTIES ARE HEREBY NOTIFIED** that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

I ASK FOR THIS:

Rebecca A. Herr,
Chapter 13 Trustee

By Counsel:

/s/ Benjamin J. Beatty
Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

cc:     Debtor, Trustee, ALL CREDITORS AND PARTIES IN INTEREST