UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

IN RE

    JUANA ROSA MINANO

        Debtor(s)

Chapter 13
Case NO. 24-00044-ELG

## NOTICE ENTERING APPEARANCE AND REQUEST FOR ALL NOTICES

Dear Clerk:

    Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST.  Please add my name to the mailing matrix and send all notices to:

    Mark D. Meyer, Esq.
    4340 East West Highway, Suite 600
    Bethesda, MD 20814

        /s/ Mark D. Meyer
        Mark D. Meyer, Esq. # 475552
        Rosenberg & Associates, LLC
        4340 East West Highway, Suite 600
        Bethesda, MD 20814
        301-907-8000

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 5th day of March, 2024, a copy of the foregoing Notice Entering appearance was mailed, first class postage prepaid, or emailed, to the following:

Rebecca A. Herr, Trustee
185 Admiral Cochrane Dr., Suite 240
Annapolis, MD 21401

Juana Rosa Minano

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 24-002451-DC-B-1

10161 Forest Hill Circle

Manassas, VA 20110

        /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000