Benjamin J. Beatty, Bar No. MD0143
185 Admiral Cochrane Drive, Suite 240
Annapolis, MD  21401
301-805-4700
bbeatty@ch13md.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | : | |
| JUANA ROSA MINANO, | : | Case No. 24-00044- ELG |
| | : | Chapter 13 |
| Debtor. | : | |
| | : | |

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST A HEARING
TO THE DEBTOR(S) AND DEBTOR'S COUNSEL**

You are notified that the Trustee is requesting that the subject case be dismissed pursuant to 11 U.S.C. § 109(e).

**\*UNLESS OTHERWISE NOTED, HEARING ON THE ABOVE-CAPTIONED MOTION FOR DISMISSAL IS SET AT APRIL 12, 2024 9:30 AM** both in person and by ZOOM.

\*PLEASE TAKE NOTICE THAT WITHIN TWENTY-ONE (21) DAYS AFTER THE DATE OF THIS NOTICE you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1.  The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., N.W., Washington, D.C. 20001, and served by mailing a copy to the Chapter 13 Trustee and all scheduled, secured creditors.

\*IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING.  The court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.  Parties in interest with questions may contact the Trustee.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the March 6, 2024, a copy of the Trustee's *Notice of Motion to Dismiss* was mailed first class mail, postage prepaid to:

Juana Rosa Minano
10161 Forest Hill Cir
Manassas VA 20110

                                                    /s/ Benjamin J. Beatty
                                                    Benjamin J. Beatty