**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE:<br>JUANA ROSA MINANO<br>    Debtor | Case No. 24-00044-ELG<br><br>Chapter 13 |

WILMINGTON SAVINGS FUND SOCIETY,
FSB, D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM
MORTGAGE ACQUISITION TRUST
    Movant

v.

JUANA ROSA MINANO
    Debtor/Respondent
and
REBECCA A. HERR
    Trustee/Respondent

## NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION FOR AN ORDER CONFIRMING NO AUTOMATIC STAY IS IN EFFECT

PLEASE TAKE NOTICE THAT <u>WITHIN SEVENTEEN (17) DAYS</u> AFTER FILING OF THIS MOTION, you must file and serve a written objection to the Motion for an Order confirming no automatic stay is in effect, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and served (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Respectfully Submitted,

Dated: <u>March 13, 2024</u>

/s/ Leah Freedman
Leah Freedman, Esq.
DC Fed. Bar No. MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101

Leah Freedman, Esq. DC Bar No. MD21221
6003 Executive Blvd, Suite 101 Rockville, MD 20852
301-961-6555, bankruptcy@bww-law.com
Counsel for Wilmington Savings Fund Society, FSB, d/b/a
Christiana Trust, not individually but as trustee for
Pretium Mortgage Acquisition Trust

*BWW#:DC-368990*

Rockville, MD  20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of March, 2024, a copy of the foregoing Notice was mailed by first class mail, postage prepaid, to the following persons:

Juana Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110

Dlinas Properties L.L.C.
717 Kennedy St NW
Washington, DC 20011

Rebecca A. Herr
185 Admiral Cochrane Dr, Ste 240
Annapolis, MD 21401

/s/ Leah Freedman
Leah Freedman, Esq.

BWW#:DC-368990