**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 24-00044-ELG |
| JUANA ROSA MINANO | |
|    Debtor | Chapter 13 |

_____

DLJ MORTGAGE CAPITAL, INC.
C/O SELECT PORTFOLIO SERVICING, INC.
     Movant

v.

JUANA ROSA MINANO
     Debtor/Respondent

and

REBECCA A. HERR
     Trustee/Respondent

---

**MOTION FOR AN ORDER CONFIRMING NO AUTOMATIC STAY IS IN EFFECT**
**(RE: 3223 WARDER STREET, NW, UNIT 3, WASHINGTON, DC 20010)**

COMES NOW, DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. ("Movant"), by and through counsel, and respectfully requests this honorable court enter an order stating that the automatic stay is terminated or that no automatic stay went into effect regarding certain real property, and in support states as follows:

1.    Jurisdiction is based on 11 U.S.C. § 362(a) and (j).

2.    Movant is a mortgage lender/servicer.

3.    On or about February 21, 2024, Juana Rosa Minano (the "Debtor") filed a voluntary petition for relief in this Court under Chapter 13 of the United States Bankruptcy Code (the "Petition"). Rebecca A. Herr is the Chapter 13 Trustee of the Debtor's bankruptcy estate.

4.    Dlinas Properties Limited Liability Company ("Dlinas") is the owner of real estate located in Washington, D.C., at Lot 2003, Square 3045, and improved by a residential structure known as 3223 Warder Street, NW, Unit 3, Washington, D.C. 20010 (the "Property"). Upon information and belief, the Debtor is a managing member of Dlinas.

5.    To finance the purchase of the Property, Dlinas executed a Fixed/Adjustable Rate Note in the original principal amount of $615,000.00 (the "Note"). A copy of the Note is attached hereto as an exhibit.

Leah Freedman, Esq. DC Bar No. MD21221                                                  _BWW#:DC-342832_
6003 Executive Blvd, Suite 101 Rockville, MD 20852
301-961-6555, bankruptcy@bww-law.com
Counsel for DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc.

6.      To secure the sums loaned by the Movant, Dlinas executed a Deed of Trust (the "Deed of Trust"), dated October 31, 2018. The Deed of Trust is secured by the Property and recorded among the Recorder of Deeds for District of Columbia at Document ID: 2018113289. Just as was the case with the Note, the Debtor signed the Deed of Trust on behalf of Dlinas. A copy of the Deed of Trust is attached hereto as an exhibit.

7.      On or about December 10, 2023, the Superior Court of the District of Columbia granted Movant's Motion for Summary Judgment in the foreclosure proceeding relating to the Property. A copy of the Judgment is attached hereto as an exhibit.

8.      Due to a continuing default, on February 22, 2024, the Substitute Trustees conducted a sale on the Property. The Movant was the successful bid purchaser at the sale and acquired equitable title in said Property.  A copy of the Report of Sale is attached hereto as an exhibit.

9.      In an abundance of caution, and in order to aid the state court and alleviate confusion for any title companies, insurers, and abstractors, the Movant requests an order stating that no automatic stay went into effect regarding the Property upon the filing of the Petition.

10.     Section 541(a)(1) of the [Bankruptcy] Code provides that "property of the estate" includes "all the legal or equitable interests of the debtor in property as of the commencement of the case." *In re Thompson*, No. 8:22-BK-00740-RCT, 2022 WL 2196746, at *2 (Bankr. M.D. Fla. June 10, 2022).

11.     Pursuant to D.C. Code § 29-801.04, a limited liability company is an entity distinct from its member or members. The Debtor has no individual legal or equitable interest in the Property, the Property is not Property of the estate as defined by § 541, and as such, the automatic stay does not apply.

12.     The Debtor is not the owner of the Property, nor is the Debtor obligated under the Deed of Trust.  The Debtor is only a personal guarantor for the underlying loan that is secured by the Deed of Trust. While this case remains open, the Movant will only proceed *in rem* against the Property, and shall not seek any *in personam* judgment against the Debtor.

13.     The Debtor includes the Property in the Schedules as "3223 Warder Street…Units 1 to 4." This is incorrect. The Debtor should have excluded the Property or in the alternative, included entries for each unit in the Schedules, as the Property is one of four units, each of which has separate encumbrances, and all of which are owned by Dlinas. The Schedules do not indicate that title to the Property is held by Dlinas and not the Debtor. In addition, the Debtor filed a proposed Chapter 13 Plan but fails list Movant or the loan associated with the Property.

14.     No motion to impose or extend the automatic stay was filed in the case; and an order

imposing the automatic stay has not been entered in this case.

WHEREFORE, the Movant, its successors, and/or assigns prays that this court:

1. Enter an order confirming that no automatic stay stay went into effect upon the filing of the instant Petition to permit Movant to continue its action to obtain ratification of a sale of the Property and obtain possession of the real property located in the District of Columbia, and improved by the residence known as 3223 Warder Street, NW, Unit 3, Washington, D.C. 20010, as permitted by state law, and pursuant to the terms of the Deed of Trust securing Movant.

2. Grant such other and further relief as may be just and necessary

Respectfully Submitted,

Dated: March 14, 2024

/s/ Leah Freedman
Leah Freedman, Esq.
DC Fed. Bar No. MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2024, a copy of the foregoing Motion was mailed by first class mail, postage prepaid, to the following persons:

Juana Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110

Dlinas Properties L.L.C.
717 Kennedy St NW
Washington, DC 20011

Rebecca A. Herr
185 Admiral Cochrane Dr, Ste 240
Annapolis, MD 21401

/s/ Leah Freedman
Leah Freedman, Esq.