# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | Case No. 24-00044-ELG |
| JUANA ROSA MINANO | |
|     Debtor | Chapter 13 |

_____

DLJ MORTGAGE CAPITAL, INC.
C/O SELECT PORTFOLIO SERVICING, INC.
    Movant

v.

JUANA ROSA MINANO
    Debtor/Respondent

and

REBECCA A. HERR
    Trustee/Respondent

___

### NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION FOR AN ORDER CONFIRMING NO AUTOMATIC STAY IS IN EFFECT

PLEASE TAKE NOTICE THAT <u>WITHIN SEVENTEEN (17) DAYS</u> AFTER FILING OF THIS MOTION, you must file and serve a written objection to the Motion for an Order confirming no automatic stay is in effect, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and served (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Respectfully Submitted,

Dated: <u>March 14, 2024</u>

*/s/ Leah Freedman*
Leah Freedman, Esq.
DC Fed. Bar No. MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101

---

Leah Freedman, Esq. DC Bar No. MD21221
6003 Executive Blvd, Suite 101 Rockville, MD 20852
301-961-6555, bankruptcy@bww-law.com
Counsel for DLJ Mortgage Capital, Inc. c/o Select
Portfolio Servicing, Inc.

*BWW#:DC-342879*

Rockville, MD  20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of March, 2024, a copy of the foregoing Notice was mailed by first class mail, postage prepaid, to the following persons:

Juana Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110

Dlinas Properties L.L.C.
717 Kennedy St NW
Washington, DC 20011

Rebecca A. Herr
185 Admiral Cochrane Dr, Ste 240
Annapolis, MD 21401


/s/ Leah Freedman
Leah Freedman, Esq.