UNITED STATES BANKRUPTCY COURT
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re: | Case No. 24-00044-ELG |
| **Juana Rosa Minano** | Chapter 13 |
| **Debtor** | |

### ORDER TO SHOW CAUSE

The Creditor(s) had until 03/12/2024 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 16).** The Creditor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Creditor(s) shall appear at a hearing before this court on **04/11/2024 at 9:00AM and in Courtroom 1 or via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)**.

For the Court:
Angela D. Caesar
BY: JH

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.