## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF COLUMBIA

| In re: | Case No. 24-00044-ELG |
|---|---|
| **Juana Rosa Minano**<br>**Debtor** | **Chapter 13** |

### ORDER TO SHOW CAUSE

The Creditor(s) had until 03/12/2024 to cure the deficiencies set forth in the **Notice to Party Filing Deficient Pleading(s) Document(s) (Docket No. 16).** The Creditor(s) have/having not cured the deficiencies, it is therefore ORDERED that:

The Creditor(s) shall appear at a hearing before this court on **04/11/2024 at 9:00AM and in Courtroom 1 or via video conference (contact Aimee_Mathewes@dcb.uscourts.gov for Zoom information)**.

For the Court:
Angela D. Caesar
BY: JH

Copies to: Recipients of electronic notifications; Creditor; appointed trustee.

United States Bankruptcy Court

District of Columbia

| | |
|---|---|
| In re: | Case No. 24-00044-ELG |
| Juana Rosa Minano | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 15, 2024 | Form ID: pdf001 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Juana Rosa Minano, 10161 Forest Hill Circle, Manassas, VA 20110-2184 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Joseph Beatty | on behalf of Trustee Rebecca A. Herr bbeatty@ch13md.com |
| Leah C. Freedman | on behalf of Creditor DLJ Mortgage Capital Inc. bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Leah C. Freedman | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Mark Meyer | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | |

| | | |
|---|---|---|
| District/off: 0090-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 15, 2024 | Form ID: pdf001 | Total Noticed: 1 |

|  |  |
|---|---|
| | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 7