**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.**

IN RE

**JUANA ROSA MINANO**                    Case No. **24-00044**
                                                            Chapter 13

**Debtor**

_____

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

        COMES NOW, WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST, by Counsel, and for its Objection to Confirmation of the Chapter 13 Plan filed by the debtor states as follows:

1.      The bank is a secured creditor of the debtor pursuant to a Deed of Trust dated October 31, 2018 which secures a Mortgage Note to real property of the Debtors located at 3223 Warder Street NW Unit #1, Washington, DC  20010.

2.      As of the date of filing, the lender was owed approximately $963,592.65 of which approximately $356,525.86 are the pre-petition arrears.

3.      The Debtor's Plan proposes to pay a total of $0.00 for the pre-petition arrears, and further contains a total funding of only $296,400.00.

4.      Creditor objects to confirmation as the Plan not only fails to list creditor it has insufficient funding to pay the claim.

5.      The Plan does not comply with 11 U.S.C. Section 1325, in that it does not pay the Movant, its pre-petition arrearage claim.

        WHEREFORE,  the Movant respectfully requests that Confirmation of the Chapter 13 Plan submitted by the Debtors herein be denied, and for any other relief the Court deems necessary.

MARK MEYER
DC BAR 475552
ROSENBERG & ASSOCIATES, LLC
4340 EAST WEST HIGHWAY
SUITE 600
BETHESDA, MARYLAND 20814
301-907-8000

Respectfully Submitted,

ROSENBERG & ASSOCIATES, LLC

/s/ Mark D. Meyer, Esq.

Mark D. Meyer, #475552
4340 East West Hwy, Suite 600
Bethesda, Maryland 20814
(301) 907-8000

Mark Meyer
DC Bar 475552
Rosenberg & Associates, LLC
4340 East West Highway
Suite 600
Bethesda, Maryland 20814
301-907-8000

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON

| | |
|---|---|
| IN RE<br><br>JUANA ROSA MINANO<br><br>    Debtor(s) | Chapter 13<br>Case NO. 24-00044-ELG |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST<br>3501 Olympus Blvd<br>Suite 500<br>Dallas, TX 75019<br><br>    Movant<br>v.<br><br>Juana Rosa Minano<br>10161 Forest Hill Circle<br>Manassas, VA 20110<br><br>    Respondent(s) | Motion No. |

Mark D. Meyer
DC BAR 475552
Rosenberg & Associates, LLC
4340 East West Highway,
Suite 600 Bethesda, MD
20814 301-907-8000 File
Number: 24-002451-DC-B-1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of March 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the Objection to Plan Confirmation will be served electronically by the Court's CM/ECF system on the following:

Rebecca A. Herr, Trustee

I hereby further certify that on 27th day of March 2024,  a copy of the Objection to Plan Confirmation was also mailed first class mail, postage prepaid to:

Juana Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110

Respectfully Submitted,

 /s/ Mark D. Meyer
Mark D. Meyer, Esq. # 475552
Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814
301-907-8000