The order below is hereby signed.

Signed: April 11 2024



*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE:  
JUANA ROSA MINANO,  
    Debtor.

Case No. 24-00044-ELG

Chapter 13

_____

WILMINGTON SAVINGS FUND SOCIETY,
FSB, D/B/A CHRISTIANA TRUST, NOT
INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM
MORTGAGE ACQUISITION TRUST, Movant,
vs.
JUANA ROSA MINANO, Debtor/Respondent,
And
REBECCA A. HERR, Trustee/Respondent.

_____

### ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE AUTOMATIC STAY

Upon the request of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("**Movant**"), it is by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED**, that automatic stay under 11 U.S.C. § 362 (a) did not take effect with respect to the property located at 3223 Warder Street, NW, Unit 1, Washington, D.C. 20010 (the "**Property**") upon the filing of the instant case as the Property is not a part of the Debtor's bankruptcy estate; and it is further,

**ORDERED**, that Movant may commence and/or continue to take action to obtain possession of the Property,

**ORDERED**, that while this instant case remains open, the Movant will proceed *in rem* against the Property and not seek any *in personam* judgment against the Debtor.

I ASK FOR THIS

*/s/ Leah Freedman*
Leah Freedman, Esq.
DC Fed Bar No. MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

cc:

Juana Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110

Rebecca A. Herr
185 Admiral Cochrane Dr, Ste 240
Annapolis, MD 21401

Dlinas Properties L.L.C.
717 Kennedy St NW
Washington, DC 20011

**END OF ORDER**