

The order below is hereby signed.

Signed: April 11 2024

Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:                                                    Case No. 24-00044-ELG
JUANA ROSA MINANO,
    Debtor.                                          Chapter 13
_____

DLJ MORTGAGE CAPITAL, INC.
C/O SELECT PORTFOLIO SERVICING,
INC., Movant,
vs.
JUANA ROSA MINANO, Debtor/Respondent,
And
REBECCA A. HERR, Trustee/Respondent.

_____

### ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE AUTOMATIC STAY

    Upon the request of DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. ("**Movant**"), it is by the United States Bankruptcy Court for the District of Columbia, hereby:

    **ORDERED**, that automatic stay under 11 U.S.C. § 362 (a) did not take effect with respect to the property located at 3223 Warder Street, NW, Unit 3, Washington, D.C. 20010 (the "**Property**") upon the filing of the instant case as the Property is not a part of the Debtor's bankruptcy estate; and it is further,

    **ORDERED**, that Movant may commence and/or continue to take action to obtain possession of the Property,

    **ORDERED**, that while this instant case remains open, the Movant will proceed *in rem* against the Property and not seek any *in personam* judgment against the Debtor.

I ASK FOR THIS

*/s/ Leah Freedman*
Leah Freedman, Esq.
DC Fed Bar No. MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

cc:

Juana Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110

Rebecca A. Herr
185 Admiral Cochrane Dr, Ste 240
Annapolis, MD 21401

Dlinas Properties L.L.C.
717 Kennedy St NW
Washington, DC 20011

**END OF ORDER**