The order below is hereby signed.

Signed: April 11 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 24-00044-ELG |
| Juana Rosa Minano, | |
| Debtor. | Chapter 13 |

## ORDER DISMISSING CASE

On March 15, 2024, the Court issued an *Order to Show Cause* (ECF No. 30) ordering the Debtor to show cause why they had not cured the deficiencies set forth in the *Notice of Party Filing Deficient Bankruptcy Case* (ECF No. 16). No action has been taken or responsive document filed to address the deficiencies. For this reason, for the reasons set forth in the *Motion to Dismiss Case* (ECF No. 20) filed by the chapter 13 trustee, and for the Debtor's failure to appear at her § 341 meeting of creditors, the Court finds that cause exists to dismiss this case. [1]

Therefore, it is **ORDERED** that this case is **DISMISSED** without prejudice.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice

---

[1] Unless specified otherwise, all chapter, code, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001–9037. The Federal Rules of Civil Procedure are referred to as "Civil Rules."