The order below is hereby signed.

Signed: April 11 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

IN RE:  
JUANA ROSA MINANO,  
    Debtor.

Case No. 24-00044-ELG

Chapter 13

DLJ MORTGAGE CAPITAL, INC.  
C/O SELECT PORTFOLIO SERVICING,  
INC., Movant,  
vs.  
JUANA ROSA MINANO, Debtor/Respondent,  
And  
REBECCA A. HERR, Trustee/Respondent.

### ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE AUTOMATIC STAY

Upon the request of DLJ Mortgage Capital, Inc. c/o Select Portfolio Servicing, Inc. ("**Movant**"), it is by the United States Bankruptcy Court for the District of Columbia, hereby:

**ORDERED**, that automatic stay under 11 U.S.C. § 362 (a) did not take effect with respect to the property located at 3223 Warder Street, NW, Unit 3, Washington, D.C. 20010 (the "**Property**") upon the filing of the instant case as the Property is not a part of the Debtor's bankruptcy estate; and it is further,

**ORDERED**, that Movant may commence and/or continue to take action to obtain possession of the Property,

**ORDERED**, that while this instant case remains open, the Movant will proceed *in rem* against the Property and not seek any *in personam* judgment against the Debtor.

I ASK FOR THIS

/s/ Leah Freedman
Leah Freedman, Esq.
DC Fed Bar No. MD21221
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

cc:

Juana Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110

Rebecca A. Herr
185 Admiral Cochrane Dr, Ste 240
Annapolis, MD 21401

Dlinas Properties L.L.C.
717 Kennedy St NW
Washington, DC 20011

**END OF ORDER**

United States Bankruptcy Court

District of Columbia

In re:                                                                                                       Case No. 24-00044-ELG
Juana Rosa Minano                                                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1                          User: admin                                  Page 1 of 2
Date Rcvd: Apr 11, 2024                       Form ID: pdf001                              Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juana Rosa Minano, 10161 Forest Hill Circle, Manassas, VA 20110-2184 |
|  | + | Dlinas Properties LLC, 717 Kennedy St NW, Washington, DC 20011-3031 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 775783 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 11 2024 22:09:58 | Caital One, PO Box 85064, Glenn Allen, VA 23058 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

**Name**                        **Email Address**
Benjamin Joseph Beatty
    on behalf of Trustee Rebecca A. Herr bbeatty@ch13md.com

John C Hanrahan
    on behalf of Creditor Truist Bank jchlaw@fred.net r41311@notify.bestcase.com;wbecf@brockandscott.com

Leah C. Freedman
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@bww-law.com, bankruptcy@bww-law.com

| District/off: 0090-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: pdf001 | Total Noticed: 3 |

Leah C. Freedman
    on behalf of Creditor DLJ Mortgage Capital  Inc. bankruptcy@bww-law.com, bankruptcy@bww-law.com

Mark Meyer
    on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
    on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Rebecca A. Herr
    ecf@ch13md.com

U. S. Trustee for Region Four
    USTPRegion04.DC.ECF@USDOJ.GOV

TOTAL: 8