The order below is hereby signed.

Signed: April 11 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

In re:

    **Juana Rosa Minano,**

        **Debtor.**

Case No. 24-00044-ELG

Chapter 13

## ORDER DISMISSING CASE

On March 15, 2024, the Court issued an *Order to Show Cause* (ECF No. 30) ordering the Debtor to show cause why they had not cured the deficiencies set forth in the *Notice of Party Filing Deficient Bankruptcy Case* (ECF No. 16). No action has been taken or responsive document filed to address the deficiencies. For this reason, for the reasons set forth in the *Motion to Dismiss Case* (ECF No. 20) filed by the chapter 13 trustee, and for the Debtor's failure to appear at her § 341 meeting of creditors, the Court finds that cause exists to dismiss this case. [1]

Therefore, it is **ORDERED** that this case is **DISMISSED** without prejudice.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice

---

[1] Unless specified otherwise, all chapter, code, and rule references are to the Bankruptcy Code, 11 U.S.C. §§ 101–1532, and the Federal Rules of Bankruptcy Procedure, Rules 1001–9037. The Federal Rules of Civil Procedure are referred to as "Civil Rules."

United States Bankruptcy Court

District of Columbia

In re:  
Juana Rosa Minano  
    Debtor

Case No. 24-00044-ELG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 2  
Date Rcvd: Apr 11, 2024     Form ID: pdf001     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juana Rosa Minano, 10161 Forest Hill Circle, Manassas, VA 20110-2184 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Benjamin Joseph Beatty  
     on behalf of Trustee Rebecca A. Herr bbeatty@ch13md.com

John C Hanrahan  
     on behalf of Creditor Truist Bank jchlaw@fred.net r41311@notify.bestcase.com;wbecf@brockandscott.com

Leah C. Freedman  
     on behalf of Creditor DLJ Mortgage Capital  Inc. bankruptcy@bww-law.com, bankruptcy@bww-law.com

Leah C. Freedman  
     on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@bww-law.com, bankruptcy@bww-law.com

Mark Meyer  
     on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com

| | |
|---|---|
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com<br>lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 8