**FILED**

**MAY − 2 2024**

Clerk, U.S. District and
Bankruptcy Courts

UNTIED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO )    Case No.24-00044-ELG
    Debtor )
           ) Chapter13
 )
And )
 )
WILMINGTON SAVINGS FUND SOCIETY, )
FSB, D/B/A CHRISTIAN TRUST, NOT )
INDIVIDUALLY BUT AS TRUSTEE FOR )
PRETIUM MORTGAGE ACQUSITIONS TRUST )
    Respondent )
 )
REBECCA A. HERR )
    Trustee/Respondent )
 )
 )

## NOTICE TO DEADLINE TO FILE AND SERVE OBJECTION TO MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 1

    PLEASE TAKE NOTICE THAT WITHIN SEVENTEEN DAYS (17) DAYS AFTER THEFILING OF THIS MOTION, you must file and serve a written objection to the Motion , **MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 1, together with a proposed order required by Local Bankruptcy Rule 9072-1.** The objection a proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 2001, and served (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

    IF YOU FAIL TO FILE A TIMELY LBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

Respectfully submitted,

*[signature]*
Juana Rosa Minano

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May 2024 a true copy of the foregoing **NOTICE TO DEADLINE TO FILE AND SERVE OBJECTION TO MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 1** was sent via U.S. Mail, certified return receipt, postage prepaid, on to the following parties:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

*[signature]*
Juana Rosa Minano