FILED
MAY 24 2024
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO )   Case No. 24-00044-ELG
    Debtor )
   )   Chapter 13
   )
And )
   )
WILMINGTON SAVINGS FUND SOCIETY, )
FSB, D/B/A CHRISTIAN TRUST, NOT )
INDIVIDUALLY BUT AS TRUSTEE FOR )
PRETIUM MORTGAGE ACQUSITIONS TRUST )
    Respondent )
   )
REBECCA A. HERR )
    Trustee/Respondent )
   )

## PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY – FOR UNIT 1

COMES NOW, Juana Rosa Minano, pro se, debtor and her submits her Proposed Order for MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY – FOR UNIT 1

Respectfully submitted,

*Juana R Minano*
Juana Rosa Minano

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2024 a true copy of the foregoing **PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY** was sent via U.S. Mail, certified return receipt, postage prepaid, on to the following parties:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

*/s/ Juana R. Minano*
Juana Rosa Minano

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO
  Debtor                                               )    Case No.24-00044-ELG
                                                       )
                                                       )    Chapter 13
                                                       )
And                                                    )
                                                       )
                                                       )
WILMINGTON SAVINGS FUND SOCIETY,                       )
FSB, D/B/A CHRISTIAN TRUST, NOT                        )
INDIVIUALLY BUT AS TRUSTEE FOR                         )
PRETIUM MORTGAGE ACQUSITIONS TRUST                     )
  Respondent                                           )
                                                       )
REBECCA A. HERR                                        )
  Trustee/Respondent                                   )
                                                       )
                                                       )

## ORDER VACATING ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 1

Upon request of Debtor("Movant"), it is by the United States Bankruptcy Court by the District of Columbia, hereby:

ORDERED, that the Order Confirming that the Inapplicability of the Bankruptcy Stay for Unit 1, DOC#34, is hereby vacated.

I ASK FOR THIS

*/s/ Juana R Minano*

Juan Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110
301-651-6417

cc:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

**END OR ORDER**