**FILED**
**MAY 2 4 2024**
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO ) Case No.24-00044-ELG
    Debtor )
_____ ) Chapter 13
)
And )
)
DLJ MORTGAGE CAPITAL, INC )
C/O SELECT PORTFOLIO SERVICING INC )
INDIVIUALLY BUT AS TRUSTEE FOR )
    Respondent )
)
REBECCA A. HERR )
    Trustee/Respondent )
)
_____ )

## PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 2

COMES NOW, Juana Rosa Minano, pro se, debtor and her submits her Proposed Order for MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 2

Respectfully submitted,

*/s/ Juana M. Minano*
Juana Rosa Minano

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2024 a true copy of the foregoing **PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY** was sent via U.S. Mail, certified return receipt, postage prepaid, on to the following parties:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

_Juana Minano_
Juana Rosa Minano

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO                              )      Case No.24-00044-ELG
       Debtor                                        )
_____                )      Chapter13
                                               )
And                                            )
                                               )
DLJ MORTGAGE CAPITAL, INC                      )
C/O SELECT PORTFOLIO SERVICING INC             )
INDIVIUALLY BUT AS TRUSTEE FOR                 )
       Respondent                                    )
                                               )
REBECCA A. HERR                                )
       Trustee/Respondent                            )
                                               )
_____                )

## ORDER VACATING ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 2

Upon request of Debtor("Movant"), it is by the United States Bankruptcy Court by the District of Columbia, hereby:

ORDERED, that the Order Confirming that the Inapplicability of the Bankruptcy Stay for Unit 2, DCO#37, is hereby vacated.

I ASK FOR THIS

*/s/ Juana R. Minano*
Juan Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110
301-651-6417

cc:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

**END OR ORDER**