UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

FILED
MAY 24 2024
Clerk, U.S. District and Bankruptcy Courts

| | |
|---|---|
| IN RE:<br><br>JUANA ROSA MINANO<br>　　Debtor<br><br>And<br><br>DLJ MORTGAGE CAPITAL, INC<br>C/O SELECT PORTFOLIO SERVICING INC<br>INDIVIUALLY BUT AS TRUSTEE FOR<br>　　Respondent<br><br>REBECCA A. HERR<br>　　Trustee/Respondent | Case No.24-00044-ELG<br><br>Chapter 13 |

## PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 3

COMES NOW, Juana Rosa Minano, pro se, debtor and her submits her Proposed Order for MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 3

Respectfully submitted,

*[signature]*
Juana Rosa Minano

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May 2024 a true copy of the foregoing **PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY** was sent via U.S. Mail, certified return receipt, postage prepaid, on to the following parties:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

*/s/ Juana Rosa Miñano*
Juana Rosa Miñano

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO )   Case No.24-00044-ELG
    Debtor )
     )   Chapter13
     )
And )
     )
DLJ MORTGAGE CAPITAL, INC )
C/O SELECT PORTFOLIO SERVICING INC )
INDIVIUALLY BUT AS TRUSTEE FOR )
    Respondent )
     )
REBECCA A. HERR )
    Trustee/Respondent )
     )
     )

## ORDER VACATING ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY --FOR UNIT 3

Upon request of Debtor("Movant"), it is by the United States Bankruptcy Court by the District of Columbia, hereby:

ORDERED, that the Order Confirming that the Inapplicability of the Bankruptcy Stay for Unit 3, DOC#36, is hereby vacated.

**I ASK FOR THIS**

*/s/ Juana Rosa Minano*

Juan Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110
301-651-6417

cc:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

**END OR ORDER**