**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

**FILED**
**MAY 24 2024**
Clerk, U.S. District and
Bankruptcy Courts

IN RE:

JUANA ROSA MINANO                    )    Case No.24-00044-ELG
    Debtor                           )
_____      )    Chapter 13
                                     )
And                                  )
                                     )
DLJ MORTGAGE CAPITAL, INC            )
C/O SELECT PORTFOLIO SERVICING INC   )
INDIVIUALLY BUT AS TRUSTEE FOR       )
    Respondent                       )
                                     )
REBECCA A. HERR                      )
    Trustee/Respondent               )
                                     )
_____      )

## PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 4

COMES NOW, Juana Rosa Minano, pro se, debtor and her submits her Proposed Order for MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 4

Respectfully submitted,

*/s/ Juana R Minano*
Juana Rosa Minano

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th   day of May 2024 a true copy of the foregoing **PROPOSED ORDER FOR MOTION TO VACATE ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY**  was sent via U.S. Mail, certified return receipt, postage prepaid, on to the following parties:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

*/s/ Juana Rosa Minano*
Juana Rosa Minano

UNITED STATES BANKRUPTCY COURT
DISTRICT OF COLUMBIA

IN RE:

JUANA ROSA MINANO　　　　　　　　　)　　Case No.24-00044-ELG
　　　Debtor　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)　　Chapter13
　　　　　　　　　　　　　　　　　　　　)
And　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
DLJ MORTGAGE CAPITAL, INC　　　　　　)
C/O SELECT PORTFOLIO SERVICING INC　 )
INDIVIUALLY BUT AS TRUSTEE FOR　　　 )
　　　Respondent　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
REBECCA A. HERR　　　　　　　　　　　)
　　　Trustee/Respondent　　　　　　　　 )
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)

## ORDER VACATING ORDER CONFIRMING THAT THE INAPPLICABILITY OF THE BANKRUPTCY STAY –FOR UNIT 4

Upon request of Debtor("Movant"), it is by the United States Bankruptcy Court by the District of Columbia, hereby:

ORDERED, that the Order Confirming that the Inapplicability of the Bankruptcy Stay for Unit 4, DOC#35, is hereby vacated.

**I ASK FOR THIS**

*/s/ Juana Minano*
Juan Rosa Minano
10161 Forest Hill Circle
Manassas, VA 20110
301-651-6417

cc:

REBECCA A. HERR
**Trustee**
185 Admiral Cochrane Dr. Ste 240
Annapolis, MD 21401

LEAH FREDMAN, ESQ
**BWW Law Group, LLC**
6003 Executive Blvd, Suite 100
Rockville, MD 20852

**END OR ORDER**