The order below is hereby signed.

Signed: May 24 2024



Elizabeth L. Gunn
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 24-00044-ELG |
| **Juana Rosa Minano,**<br>**Debtor.** | Chapter 13 |

## ORDER DENYING MOTION TO VACATE

Before the Court in this dismissed case are the above-captioned Debtor's identical *pro se Motion(s) to Vacate Order* (ECF Nos. 47, 48, 49, 50) (the "Motions to Vacate") (only difference being a reference to a distinct unit) seeking to vacate the Court's orders confirming the inapplicability of the automatic stay entered April 11, 2024 (the "Orders Confirming Inapplicability") (ECF Nos. 34, 35, 36, 37) regarding units 1–4 at the property located at 3223 Warder Street, NW, Washington D.C. 20010 (the "Property") and the responses filed thereto. The Orders Confirming Inapplicability are final orders. *See* Fed. R. Bankr. P. 8001.

This case was dismissed on April 11, 2024 (the "Dismissal Order"), at which time both the automatic stay and the bankruptcy estate terminated. 11 U.S.C. §§ 362(c)(2)(C), 349(b)(3). The Dismissal Order is a final order. *See* Fed. R. Bankr. P. 8001.

The Movant does not seek any relief as to the Dismissal Order. Instead, the Motion to Vacate only seek to vacate the Orders Confirming Inapplicability. Thus, at best the Motion to

1

2

Vacate requests an advisory opinion, but otherwise seeks relief which is both futile and would be immediately moot given the dismissal of the underlying case and termination of the automatic stay.

Therefore, for the reasons stated herein, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Motions to Vacate (ECF Nos. 47, 48, 49, 50) are DENIED.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice; all entities on the mailing list.