The order below is hereby signed.

Signed: May 24 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | Case No. 24-00044-ELG |
| Juana Rosa Minano,<br>Debtor. | Chapter 13 |

## ORDER DENYING MOTION TO VACATE

Before the Court in this dismissed case are the above-captioned Debtor's identical *pro se Motion(s) to Vacate Order* (ECF Nos. 47, 48, 49, 50) (the "Motions to Vacate") (only difference being a reference to a distinct unit) seeking to vacate the Court's orders confirming the inapplicability of the automatic stay entered April 11, 2024 (the "Orders Confirming Inapplicability") (ECF Nos. 34, 35, 36, 37) regarding units 1–4 at the property located at 3223 Warder Street, NW, Washington D.C. 20010 (the "Property") and the responses filed thereto. The Orders Confirming Inapplicability are final orders. *See* Fed. R. Bankr. P. 8001.

This case was dismissed on April 11, 2024 (the "Dismissal Order"), at which time both the automatic stay and the bankruptcy estate terminated. 11 U.S.C. §§ 362(c)(2)(C), 349(b)(3). The Dismissal Order is a final order. *See* Fed. R. Bankr. P. 8001.

The Movant does not seek any relief as to the Dismissal Order. Instead, the Motion to Vacate only seek to vacate the Orders Confirming Inapplicability. Thus, at best the Motion to

1

Vacate requests an advisory opinion, but otherwise seeks relief which is both futile and would be immediately moot given the dismissal of the underlying case and termination of the automatic stay.

Therefore, for the reasons stated herein, it is **ORDERED**, **ADJUDGED**, and **DECREED** that the Motions to Vacate (ECF Nos. 47, 48, 49, 50) are DENIED.

[Signed and dated above.]

Copies to: Debtor; recipients of electronic notice; all entities on the mailing list.

United States Bankruptcy Court

District of Columbia

In re:     Case No. 24-00044-ELG
Juana Rosa Minano     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0090-1     User: admin     Page 1 of 3
Date Rcvd: May 24, 2024     Form ID: pdf001     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Juana Rosa Minano, 10161 Forest Hill Circle, Manassas, VA 20110-2184 |
| 776038 | + | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 37559, WASHINGTON DC 20013-7559 |
| 776027 | | DC GOV'T OFFICE OF TAX AND REVENUE, PO BOX 75520 WASHINGTON DC 20013 |
| 775790 | + | Emmanuel J&D, LLC, 9521 Folsom Blvd STE. 0, Sacramento, CA 95827-1203 |
| 775781 | + | MVR of Virginia LLC, 1806 Summit Ave STE 300, Richmond, VA 23230-4339 |
| 776041 | + | WCP Fund I LLC, c/o The VerStandig Law Firm, LLC, 1452 W. Horizon Ridge Pkwy, #665, Henderson, Nevada 89012-4422 |
| 775782 | + | Washington Capital Partners, 8401 Greenboro Dr. Ste 960, Mclean, VA 22102-5149 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 775784 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 24 2024 21:45:00 | Barclay Bank Delaware, 1007 N Orange St., Wilmington, DE 19801-1239 |
| 775783 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 21:43:21 | Caital One, PO Box 85064, Glenn Allen, VA 23058 |
| 776449 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2024 21:54:12 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 776453 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2024 21:54:38 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 775794 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 21:42:41 | Chase INC Member Service, Po Box 1423, Charlotte, NC 28201-1423 |
| 775996 | + | Email/Text: RASEBN@raslg.com | May 24 2024 21:45:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 775780 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 24 2024 21:45:00 | Department of Treasury, Internal Revenue Service, P.O. Box 7346, Philadelphia PA 19101-7346 |
| 775793 | | Email/PDF: ais.chase.ebn@aisinfo.com | May 24 2024 21:54:30 | JPMCB Card, 201 N Walnut St., Wilmington, DE 19801 |
| 776647 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 24 2024 21:45:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 775787 | + | Email/Text: mtgbk@shellpointmtg.com | May 24 2024 21:45:00 | NR/SMS CAL, 75 Beattie Pl STE 300, Greenville, SC 29601-2138 |
| 775785 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 21:54:21 | SYNC/Lowes, PO Box 103065, Rosswell, GA 30076 |
| 775791 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 24 2024 21:43:21 | SYNCB/TJX COS DC, PO Box 965015, Orlando, FL 32896-5015 |
| 775786 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 24 2024 21:45:00 | Select Portfolio SVCIN, PO Box 65250, Salt Lake City, UT 84165-0250 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 775789 | + | Email/Text: bkteam@selenefinance.com | May 24 2024 21:45:00 | Selene Finance LP, 3501 Olympus Blvd, Fl 5, Coppell, TX 75019-6295 |
| 775792 | + | Email/Text: bankruptcy@bbandt.com | May 24 2024 21:45:00 | Truist Bank, PO Box 849, Wilson, NC 27894-0849 |
| 776325 | + | Email/Text: bankruptcy@bbandt.com | May 24 2024 21:45:00 | Truist Bank, Bankruptcy Department 306-40-04-95, P.O. Box 27767, Richmond, VA 23261-7767 |
| 776433 | + | Email/Text: bankruptcy@bbandt.com | May 24 2024 21:45:00 | Truist Bank, Attn: Support Services, PO Box 85092, Richmond, VA 23285-5092 |
| 775788 | + | Email/Text: MortgageBankruptcy@truist.com | May 24 2024 21:45:00 | Truist Mortgage, 1001 Semmes Ave, Richmond, VA 23224-2245 |
| 776002 | + | Email/Text: RASEBN@raslg.com | May 24 2024 21:45:00 | WILMINGTON SAVINGS FUND SOCIETY, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 775997 | *+ | DLJ Mortgage Capital, Inc, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 775998 | *+ | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 776648 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Joseph Beatty | on behalf of Trustee Rebecca A. Herr bbeatty@ch13md.com |
| John C Hanrahan | on behalf of Creditor Truist Bank jchlaw@fred.net r41311@notify.bestcase.com;wbecf@brockandscott.com |
| Leah C. Freedman | on behalf of Creditor DLJ Mortgage Capital Inc. bankruptcy@bww-law.com, bankruptcy@bww-law.com |
| Leah C. Freedman | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@bww-law.com, bankruptcy@bww-law.com |

| | |
|---|---|
| Mark Meyer | on behalf of Creditor WILMINGTON SAVINGS FUND SOCIETY  FSB, D/B/A CHRISTIANA TRUST, NOT INDIVIDUALLY BUT AS TRUSTEE FOR PRETIUM MORTGAGE ACQUISITION TRUST bankruptcy@rosenberg-assoc.com, bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | on behalf of Creditor WCP Fund I LLC mac@mbvesq.com lisa@mbvesq.com;mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |
| Rebecca A. Herr | ecf@ch13md.com |
| U. S. Trustee for Region Four | USTPRegion04.DC.ECF@USDOJ.GOV |

TOTAL: 8